PERRIE M. WEINER (Bar No. 134146)
perrie.weiner@dlapiper.com
JOSHUA BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
ESTEBAN MORALES (Bar. No. 273948)
esteban.morales@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendants
SABRE INC.; SABRE HOLDINGS CORP.;
SABRE TRAVEL INFORMATION
NETWORK, INC.; SABRE VIRTUALLY
THERE; AND SABREMARK LIMITED
PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYA BAIRD, on behalf of herself and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SABRE INC.; SABRE HOLDINGS CORP.; SABRE TRAVEL INFORMATION NETWORK, INC.; SABRE VIRTUALLY THERE; AND SABREMARK LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV13-999 SVW (JPRX)<br><br>[Hon. Stephen V. Wilson Presiding]<br><br>**DEFENDANTS SABRE INC., SABRE HOLDINGS CORP., SABRE TRAVEL INFORMATION NETWORK, INC., SABRE VIRTUALLY THERE, AND SABREMARK LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT (F.R.C.P. 12(B)(6))**<br><br>[*Concurrently filed with Memorandum of Points and Authorities in Support and Proposed Order*]<br><br>Hearing:<br>Date: May 13, 2013<br>Time: 1:30 p.m.<br>Ctrm: 6 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 13, 2013, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Defendants Sabre Inc., Sabre Holdings Corp., Sabre Travel Information Network, Inc., Sabre Virtually There, and Sabremark Limited Partnership ("Sabre") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint filed by Plaintiff Shaya Baird ("Plaintiff").

Sabre moves to dismiss the Complaint on the following grounds:

1. Plaintiff's claim for violation of California Business & Professions Code § 17200 *et seq*., ("Plaintiff's Unfair Competition Law claim") fails to state a claim upon which relief may be granted because Plaintiff fails to adequately allege that she has standing to bring her claim.

2. To the extent Plaintiff's Unfair Competition Law claim under the "unlawful" prong is premised on a violation of California Business and Professions Code § 17538.41, Plaintiff fails to state a claim because there is no underlying violation of the statute.

3. Plaintiff's Unfair Competition Law claim fails to state a claim upon which relief may be granted because Plaintiff's conclusory allegations fail to adequately allege claims under the "unfair" or "fraudulent" prongs of California's Unfair Competition Law.

Pursuant to Local Rule 7-3, counsel for Sabre and Plaintiff met and conferred on March 29, 2013 to discuss the contents of this Motion and any potential resolution.

/////

/////

-1-

1    Sabre's Motion is based upon this Notice of Motion and Motion, the
2    accompanying Memorandum of Points and Authorities, all pleadings and papers on
3    file with the Court in this action, and upon such oral and written evidence as may be
4    presented at the hearing of this Motion.

6    Dated: April 10, 2013

7                                      DLA PIPER LLP (US)

By: /s/ Joshua Briones
     JOSHUA BRIONES
     ESTEBAN MORALES
     Attorneys for Defendants

     SABRE INC.; SABRE HOLDINGS CORP.; SABRE TRAVEL INFORMATION NETWORK, INC.; SABRE VIRTUALLY THERE; AND SABREMARK LIMITED PARTNERSHIP

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT
WEST\240844325.1