1  PERRIE M. WEINER (Bar No. 134146)
   perrie.weiner@dlapiper.com
2  JOSHUA BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
3  ANA TAGVORYAN (Bar No. 246536)
   ana.tagvoryan@dlapiper.com
4  ESTEBAN MORALES (Bar. No. 273948)
   esteban.morales@dlapiper.com
5  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
6  Suite 400 North Tower
   Los Angeles, CA 90067-4704
7  Tel: 310.595.3000
   Fax: 310.595.3300
8
   Attorneys for Defendants
9  SABRE INC.; SABRE HOLDINGS CORP.;
   SABRE TRAVEL INFORMATION
10 NETWORK, INC.; SABRE VIRTUALLY
   THERE; AND SABREMARK LIMITED
11 PARTNERSHIP

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYA BAIRD, on behalf of herself and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SABRE INC.; SABRE HOLDINGS CORP.; SABRE TRAVEL INFORMATION NETWORK, INC.; SABRE VIRTUALLY THERE; AND SABREMARK LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV13-999 SVW (JPRX)<br><br>[Hon. Stephen V. Wilson Presiding]<br><br>**DEFENDANTS SABRE INC., SABRE HOLDINGS CORP., SABRE TRAVEL INFORMATION NETWORK, INC., SABRE VIRTUALLY THERE, AND SABREMARK LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION TO DISMISS (F.R.C.P. 12(B)(6))**<br><br>[*Concurrently filed with Memorandum of Points and Authorities in Support and Proposed Order*]<br><br>Hearing:<br>Date:  July 29, 2013<br>Time:  1:30 p.m.<br>Ctrm:  6 |

DLA Piper LLP (US)
Los Angeles

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

WEST\241472589.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 2013, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Defendants Sabre Inc., Sabre Holdings Corp., Sabre Travel Information Network, Inc., Sabre Virtually There, and Sabremark Limited Partnership ("Sabre") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Shaya Baird's ("Plaintiff") claim for violation of California's Unfair Competition Law, Business & Professions Code § 17200 *et seq*. Sabre moves to dismiss Plaintiff's Unfair Competition Law claim because Plaintiff fails to adequately allege that she has standing to bring the claim.

Pursuant to Local Rule 7-3, counsel for Sabre and Plaintiff met and conferred on June 11, 2013 to discuss the contents of this Motion and any potential resolution.

Sabre's Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file with the Court in this action, and upon such oral and written evidence as may be presented at the hearing of this Motion.

Dated: June 18, 2013

DLA PIPER LLP (US)

By: /s/ Joshua Briones
JOSHUA BRIONES
ANA TAGVORYAN
ESTEBAN MORALES
Attorneys for Defendants
SABRE INC.; SABRE HOLDINGS CORP.;SABRE TRAVEL INFORMATION NETWORK, INC.; SABRE VIRTUALLY THERE; AND SABREMARK LIMITED PARTNERSHIP