JOSHUA BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
ANA TAGVORYAN (Bar No. 246536)
ana.tagvoryan@dlapiper.com
ESTEBAN MORALES (Bar No. 273948)
esteban.morales@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendants
Sabre Inc.; Sabre Holdings Corp.; Sabre Travel Information Network, Inc.; Sabre Virtually There; and Sabremark Limited Partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYA BAIRD, on behalf of herself and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SABRE INC.; SABRE HOLDINGS CORP.; SABRE TRAVEL INFORMATION NETWORK, INC.; SABRE VIRTUALLY THERE; AND SABREMARK LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV13-999 SVW (JPRX)<br><br>[Hon. Stephen V. Wilson Presiding]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Hearing:<br>Date: September 30, 2013<br>Time: 1:30 p.m.<br>Ctrm: 6 – 2nd Floor |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 30 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Stephen V. Wilson in Courtroom 6 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Defendants Sabre, Inc., Sabre Holdings Corp., Sabre Travel Information Network, Inc., Sabre Virtually There, and Sabremark Limited Partnership (collectively, "Sabre") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 56, for an order granting summary judgment or partial summary judgment in favor of Sabre on Plaintiff's claims for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and California Business and Professions Code § 17200.

Pursuant to Local Rule 7-3, counsel for Sabre and Plaintiff met and conferred on May 24, 2013, May 29, 2013, May 31, 2013 and again on August 13 and 16, 2013 to discuss the contents of this Motion and any potential resolution.

Sabre's Motion is based upon this Notice of Motion, the Separate Statement of Uncontroverted Facts and Conclusions of Law, the supporting Memorandum of Points and Authorities, the accompanying Declarations of Jonathan Russel, Marijn Geurts, Avi A. Mannis, and Benjamin Newell, any request for judicial notice, all pleadings and papers on file with the Court in this action, and upon such oral and written evidence as may be presented at or before the hearing of this Motion.

Dated: August 21, 2013

DLA PIPER LLP (US)

By: /s/ Ana Tagvoryan
ANA TAGVORYAN
Attorneys for Defendants
Sabre Inc.; Sabre Holdings Corp.; Sabre Travel Information Network, Inc.; Sabre Virtually There; and Sabremark Limited Partnership